☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:  **Barbara Jean Sides**                                      Case No.

Debtors:                                                                       Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**   (1)  *439 Kinner Rd.*                         (2)
                            *Gadsden, TN 38337*

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $ *85.00 Bi-Weekly*
  ☑ **PAYROLL DEDUCTION** From: Crockett County Nursing Home, 16 South Bells Street, Suite 3, Alamo, TN 38001

**1. THIS PLAN [Rule 3015.1 Notice]:**
  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES  ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☐ YES  ☑ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES  ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                                    Monthly Plan Payment:
  *None*
  Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
  ongoing payment begins _____                                                    $ _____
  Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
  *-NONE-*                                      Amount _____                     $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:
  *None*      ongoing payment begins _____                                       $ _____
  Approximate arrearage: _____    Interest _____                         $ _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Lendmark Financial* | *2,700.00* | *10.00* | $*60.00* |
| *World Finance* | *1,500.00* | *10.00* | $*35.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]                    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
*-NONE-*                                                                                                     $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*                                                      Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                                      Amount:                Rate of Interest       Monthly Plan Payment:
*-NONE-*                                                                                                     $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*                                    ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$28,639.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Acima: Entertainment Center*                    ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                    Date *April 8, 2019*   .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                    /al